# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARRY BURDICK,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.,*

    *Defendants*.

2:12-cv-00792-KJD-GWF

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#2) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer on the Court's required form and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached neither. The financial certificate page from the Court's required federal form was not executed by an institutional officer but instead was left blank. Attachment of a financial certificate from a state pauper form, which does not provide the required information, is not sufficient. Plaintiff must use this Court's forms, in full, not a hybrid mix of federal and state forms; and he must fully complete the federal form. Plaintiff further did not attach a statement of his inmate trust account for the past six months.

Further, plaintiff did not use the Court's required form for a civil rights complaint, as required by Local Rule LSR 2-1.

Due to the multiple defects presented, this action will be dismissed without prejudice. It does not appear from review of the allegations presented that a dismissal without prejudice

1  will result in a promptly-filed properly commenced action being time-barred. This improperly-
2  commenced action therefore will be dismissed without prejudice.
3       IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#2)
4  is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new
5  complaint on the required form in a new action together with either a new pauper application
6  with all required attachments or payment of the $350.00 filing fee.
7       The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the
8  complaint and pauper forms and instructions for both forms.
9       The Clerk shall enter final judgment accordingly, dismissing this action without
10 prejudice.
11      DATED: May 24, 2012

_____
KENT J. DAWSON
United States District Judge