# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARRY BURDICK,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.,*

    *Defendants*.

2:12-cv-00792-KJD-GWF

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#2) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer on the Court's required form and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached neither. The financial certificate page from the Court's required federal form was not executed by an institutional officer but instead was left blank. Attachment of a financial certificate from a state pauper form, which does not provide the required information, is not sufficient. Plaintiff must use this Court's forms, in full, not a hybrid mix of federal and state forms; and he must fully complete the federal form. Plaintiff further did not attach a statement of his inmate trust account for the past six months.

Further, plaintiff did not use the Court's required form for a civil rights complaint, as required by Local Rule LSR 2-1.

Due to the multiple defects presented, this action will be dismissed without prejudice. It does not appear from review of the allegations presented that a dismissal without prejudice

will result in a promptly-filed properly commenced action being time-barred. This improperly-commenced action therefore will be dismissed without prejudice.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#2) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint on the required form in a new action together with either a new pauper application with all required attachments or payment of the $350.00 filing fee.

The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the complaint and pauper forms and instructions for both forms.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: May 24, 2012

_____
KENT J. DAWSON
United States District Judge